UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JN
FEB 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | No. 08CR 0132 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 1542 |
| EDGARS IVULANS | |

JUDGE CASTILLO

MAGISTRATE JUDGE BROWN

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 17, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

EDGARS IVULANS,

defendant herein, did willfully and knowingly make a false statement in an application for passport, with intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that defendant in an application for a passport, and when attempting to secure a passport, did state that he was born in Clinton Township, Michigan, when defendant knew that the statement was false;

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY