Minute Order Form (rev. 4/99)

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**08CR 0132**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 GJ 140 | DATE | FEBRUARY 14, 2008 |
| CASE TITLE | US v. EDGARS IVULANS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

Docket Entry:

**RECEIVED**
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO BOND SET; DETAINED BY MAGISTRATE IN 07 CR 364.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #