UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 08 CR 0132 |
| | ) |
| EDGARS IVULANS | ) |

*FILED FEB 14 2008 — MAGISTRATE JUDGE MARIA VALDEZ, UNITED STATES DISTRICT COURT; JUDGE CASTILLO; MAGISTRATE JUDGE BROWN; MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

### GOVERNMENT'S DECLARATION REGARDING GRAND JURY SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____
CLIFFORD C. HISTED
Assistant U.S. Attorney
(312) 886-7627