## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | Wayne R. Andersen |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 132 | **DATE** | 2/28/2008 |
| **CASE TITLE** | United States of America vs. Edgars Ivulans | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant is informed of his rights.  Defendant waives formal reading of the indictment.  Defendant enters a plea of not guilty as to count one (1).  Status hearing set for 3/18/2008 at 1:00 p.m.  Time is hereby excluded to 3/18/2008 pursuant to 18:3161(h)(1)(F) X-E.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | TSA |
|---|---|---|