# United States District Court
# Northern District of Illinois

In the Matter of

United States of America

v.

Edgars Ivulans

Case No. 8 CR 132

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ruben Castillo** to be related to **7 cr 364-11** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Wayne R. Andersen

Dated: February 28, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Wayne R. Andersen**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB 2 9 2008

Finding of Relatedness (Rev. 9/99)